# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Wisconsin

In the Matter of the Search of:

Nine Electronic devices currently located at the Wisconsin Department of Justice, Division of Criminal Investigation, Milwaukee Office, 633 W. Wisconsin Ave, Suite 803, Milwaukee, WI 53203, more fully described in Attachment A

Case No. 19-862M (NJ)

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Eastern District of Wisconsin:

See Attachment A.

I find that the affidavit(s) or any recorded testimony, establish probable cause to search and seize the person or property described above and that such search will reveal:

See Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before May 31, 2019 *(not to exceed 14 days)*
☐ in the daytime between 6:00 a.m. and 10:00 p.m. ☒ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____ Nancy Joseph _____
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ___ days (not to exceed 30) ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: May 17, 2019 2:45 pm

[Judge's signature]

City and State: Milwaukee, Wisconsin

Nancy Joseph, U.S. Magistrate Judge
*Printed Name and Title*

Case 2:19-mj-00862-NJ   Filed 09/14/21   Page 1 of 2   Document 2

AO 93 (mod. 5/14) Search and Seizure Warrant

# Return

| Case No: 19-862M | Date and time warrant executed: 06/10/19 | Copy of warrant and inventory left with: N/A |
|---|---|---|

Inventory made in the presence of:
Provided to S/A Jay Novak - downloaded contents

Inventory of the property taken and/or name of any person(s) seized:
Computer media generator of downloaded contents

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the undersigned judge.

Date: 09/14/21

_____
Executing officer's signature

Jay Novak Special agent
_____
Printed name and title

Subscribed, sworn to, and returned before me this date: _____

Date: September 14, 2021

_____
United States Magistrate Judge